ORIGINAL

FILED
APR 17 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**D'ANDREA BROTHERS LLC**

**Plaintiffs,**

**v.**

**No. 08-286 C**

**THE UNITED STATES**

**Defendants.**

**RCFC RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to RCFC Rule 7.1, Plaintiff D'Andrea Brothers LLC makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☒ No

2. Does party have any parent corporations? ? ☐ Yes ☒ No If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ? ☐ Yes ☒ No
If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ? ☐ Yes ☒ No
If yes, identify entity and nature of interest:

Dated this 16th day of April, 2008.

COUNSEL OF RECORD
FOR PLAINTIFF:

Paul A. Traina

Paul A. Traina, Esq.
California State Bar No. 155805
ptraina@elllaw.com
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica, Blvd., 16th Floor
Los Angeles, CA 90067
Telephone No. (310) 552-3800
Facsimile No. (310) 552-9434

OF COUNSEL:

Walter J. Lack, Esq.
California State Bar No. 57550
wlack@elllaw.com
Jared W. Beilke, Esq.
California State Bar No. 195698
jbeilke@elllaw.com
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica, Blvd., 16th Floor
Los Angeles, CA 90067
Telephone No. (310)552-3800
Facsimile No. (310)552-9434

#300680