IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| D'ANDREA BROTHERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-286C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S REQUEST FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 46 days, to and including August 1, 2008, to respond to plaintiff's complaint. Our response is currently due on June 16, 2008.[1] This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has stated that plaintiff will oppose the Government's motion.

The Government requests additional time to respond to the complaint because the attorney of record assigned to this case has not yet received sufficient information from the Department of the Army in order to prepare the Government's response to the complaint. This case has been assigned to two Army counsel, one who works in the field office located at the Natick Soldier Research, Development and Engineering Center, in Natick, MA, and the other who works in the Litigation Division of the Department of the Army located in Arlington, VA. The assistance of both Army attorneys is required to prepare a litigation report for the purposes of assisting the Department of Justice draft a response to the complaint. The Natick Army counsel transmitted a draft litigation report to the Litigation Division Army lawyer and the Department of Justice late last week. Counsel for the Government assigned to this case was out

[1] Counsel for the Government had intended to file this request for enlargement on June 13, 2008, but the Department of Justice, Civil Division, offices were closed on June 13, 2008, due to a widespread power outage in Washington, D.C.

of the office for most of the week during the week of June 2 through 6, and June 9 through 13, 2008, so she was unable to discuss the draft litigation report with the Army attorneys until Thursday, June 12, 2008.

In the course of reviewing the draft litigation report, the counsel of record for the Government determined that the Department of Justice would require an extensive amount of additional information from both Army counsel before she could prepare the Government's response to the complaint. The Natick Army counsel assigned to this case will leave his position with Natick on June 20, 2008, to assume a different position with the Department of the Air Force. Given this change in employment, the Natick Army counsel anticipates that he will be unable to complete his preparation of the draft litigation report until June 27, 2008. Moreover, the Litigation Division Army counsel, who must also contribute to the Army's final litigation report, will be out of the country during the first week in July, so she will not be able to complete her contribution to the litigation report until July 14, 2008.

Counsel of record for the Government is required to prepare and file a reply to an opposition to the Government's motion for reconsideration in connection with Innovair Aviation Ltd. v. United States, No. 96-408C (Fed. Cl.), by July 18, 2008.[2] She is scheduled to appear at oral argument to defend the Government's motion reconsideration in Innovair Aviation Ltd. v. United States on July 23, 2008. In addition, the Government's counsel of record is required to prepare for a Rule 30(b)(6) deposition during the weeks of July 7 through 11 and July 14 through 18, 2008, in connection with Ag-Innovations, Inc. et al. v. United States, No. 05-776C (Fed. Cl.).

[2] Counsel for the Government will have only nine days to prepare the Government's brief, because plaintiff is not scheduled to file its opposition to the Government's motion for reconsideration until July 9, 2008.

It is anticipated that the Rule 30(b)(6) deposition will take place during the week of July 21 through 25 or the week of July 28 through August 1, 2008. Thus, given the Department of the Army trial attorneys' schedules and the fact that the Government's counsel of record will need to juggle this matter along with the Innovair and Ag-Innovations cases, as well as other matters during the next seven weeks, it is anticipated that the Government will be unable to complete its response to plaintiff's complaint until August 1, 2008.

For the foregoing reasons, we respectfully request that the Court grant our motion.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8278
Facsimile: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

CAPT. LISA M. SATTERFIELD
Department of the Army
901 N. Stuart St., Suite 437
Arlington, VA 22203

JUNE 13, 2008

CERTIFICATE OF FILING

I hereby certify that on this 15th day of JUNE, 2008, a copy of this “DEFENDANT'S REQUEST FOR AN ENLARGEMENT OF TIME" was submitted for filing e1ectronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd