IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| D'ANDREA BROTHERS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-286C |
| | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Sherry L. Floyd, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sheryl L. Floyd
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12024
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Sheryl L. Floyd
SHERRY L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-8278
Facsimile: (202) 514-8624
E-mail: Sherry.Floyd@usdoj.gov

Dated: JUNE 16, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 16th of JUNE, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sheryl L. Floyd