# In the United States Court of Federal Claims

No. 08-286 C
(Filed: June 17, 2008)

| | |
|---|---|
| ************************************* | |
| **D'ANDREA BROTHERS LLC** | * |
| | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**ORDER**

On June 15, 2008, Defendant filed a motion seeking an extension of the deadline by which to respond to the complaint to August 1, 2008. Defendant's motion stated that "Plaintiff's counsel has stated that [P]laintiff will oppose the Government's motion." However, on June 17, 2008, Plaintiff's counsel called chambers and informed the law clerk assigned to this case that Plaintiff does not, in fact, oppose Defendant's motion.

The Court GRANTS Defendant's motion for an extension of time. Defendant's response to the complaint shall be filed on or before **August 1, 2008**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge