# In the United States Court of Federal Claims

No. (08-286C)
(Filed: October 20, 2010)

```
* * * * * * * * * * * * * * * * *
                                 *
D'ANDREA BROTHERS LLC,           *
                                 *
        Plaintiff,               *
                                 *
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
        Defendant.               *
                                 *
* * * * * * * * * * * * * * * * *
```

# O R D E R

Oral argument on the defendant's motion to dismiss or in the alternative for summary judgment and on the plaintiff's motion to strike defendant's new argument shall be heard on **Wednesday, November 10, 2010 at 10:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number shall be posted in the lobby on the day of the proceeding.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

Case 1:08-cv-00286-NBF   Document 58   Filed 10/20/10   Page 2 of 2